UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA    :

         :    **ORDER**

v.          :

         :    25 CR 384  (VB)

CESAR RODRIGUEZ-VALDEZ,    :

         Defendant.    :

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/26

For the reasons discussed on the record on February 17, 2026, Kevin G. Roe, Esq., is relieved as defendant's counsel. John S. Wallenstein, Esq., is appointed as defendant's counsel pursuant to the Criminal Justice Act.

Dated: February 18, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge